|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated, | |
|---|---|
| Plaintiff, | No. C20-01310-RSM |
| v. | ORDER STRIKING CASE SCHEDULE |
| GRANDE GAMES LIMITED, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's *ex parte* Motion to Strike the case schedule. Dkt. #6. Plaintiff filed this action on September 1, 2020 and claims he is in the process of serving Defendant through the Hague Convention. *Id.* Given that service on Defendant has not yet been completed and is expected to take four to six months through the Hague Convention, Plaintiff seeks relief from the Court's September 16, 2020 scheduling order. The Court finds that Plaintiff has demonstrated sufficient good cause warranting relief from the deadlines.

Accordingly, having reviewed Plaintiff's Motion to Strike the Case Schedule, the Court GRANTS Plaintiff's motion, Dkt. #6, and ORDERS as follows:

1) The Case Schedule in this case is stricken;

ORDER GRANTING MOTION TO STRIKE CASE
SCHEDULE - 1

2) Plaintiffs shall report back to the Court on or before March 22, 2021, regarding service of the complaint on Defendant.

DATED this 26th day of October 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO STRIKE CASE SCHEDULE - 2