HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM HEATHCOTE individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:20-cv-01310-RSM<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

This matter came before the Court on the Motion of William Heathcote for a Temporary Restraining Order.  Having considered the motion and any responses, as well as the pleadings and the filings in this matter, the Court ORDERS:

**TEMPORARY RESTRAINING ORDER**

1.   This Order is necessary to affect a return to the status quo while the Court investigates the implementation of the revised Terms of Use and accompanying pop-up notice in Defendants' casino games.  Plaintiff has shown both that he is likely to succeed on the merits of his argument that the revised Terms of Use and pop-up notice were misleading communications to putative class members, and that he will suffer irreparable harm if Defendants continue to

[PROPOSED] ORDER- 1
CASE NO. 2:20-CV-01310-RSM

BURSOR & FISHER, P.A.
888 SEVENTH AVENUE
NEW YORK, NY 10019

disseminate misleading information to putative class members. The balance of equities and public interest also favor issuance of this Order.

2. SpinX Games Limited, Grande Games Limited, and Beijing Bole Technology Co., Ltd. (collectively, "Defendants") shall cease all dissemination of the pop-up notification regarding their casino games', including, but not limited to, "Cash Frenzy$^{TM}$ Casino – Free Slots Games," and "Vegas Slots – Casino Slots," Terms of Use that they began displaying on or about April 5, 2021, or any similar communication.

3. Defendants shall cease the dissemination of the revised Terms of Use dated February 8, 2021. Defendants may, if they choose, display the Terms of Use that appeared immediately before the February 8, 2021 change in the same location, provided they do not refer to this litigation.

4. Defendants and their counsel, if any, shall not communicate with putative class members regarding any arbitration provision or the effect of any such provision on putative class members' ability to participate in this lawsuit.

5. Plaintiff shall not be required to post security.

6. This temporary restraining order shall expire in 14 days unless extended by order of the Court.

Dated this day _____ of _____, 2021.

_____
The Honorable Ricardo S. Martinez

[PROPOSED] ORDER- 2
CASE NO. 2:20-CV-01310-RSM

BURSOR & FISHER, P.A.
888 SEVENTH AVENUE
NEW YORK, NY 10019