1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

WILLIAM HEATHCOTE individually and on
behalf of all others similarly situated,

                              Plaintiff,

                    v.

SPINX GAMES LIMITED, GRANDE GAMES
LIMITED, and BEIJING BOLE TECHNOLOGY
CO., LTD.,

                              Defendants.

Case No. 2:20-cv-01310-RSM

**DECLARATION OF PHILIP L. FRAIETTA
IN SUPPORT OF PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING
ORDER**

**DECLARATION OF PHILIP L. FRAIETTA**

I, Philip L. Fraietta, declare as follows:

    1.      I am an attorney at law licensed to practice in the State of New York, and I have

been admitted to practice *pro hac vice* in this action.  I am a Partner with Bursor & Fisher, P.A.,

counsel for Plaintiff in this action.  I make this declaration in support of Plaintiff's Motion for

Temporary Restraining Order.  I have personal knowledge of the facts set forth in this declaration,

and, if called as a witness, could and would competently testify thereto under oath.

    2.      Plaintiff filed this action against Grande Games, Ltd. ("Grande") only on September

1, 2020 (Dkt. 1).  Plaintiff alleged that Defendant offers a multitude of electronic versions of slot

machine games, and further alleged that these games constitute illegal gambling under Washington

law.  *Id.*

1

2

3
    3.      Since that time, because Grande is a Chinese company, Plaintiff has been attempting to effectuate service on Defendant Grande Games, Ltd. through the Hague Convention, but to date, has been unable to do so.

4

5
    4.      At the time the Complaint was filed, Grande's terms of service did not include an arbitration provision or a class action waiver.

6

7

8

9

10

11

12
    5.      Then, last week, Plaintiff's counsel began to receive phone calls from putative class members inquiring into the "pop-up" window that now appears on Defendant's electronic slot machine games.  The "pop-up" window requires putative class members to consent to arbitration, a class action waiver, and a California choice-of-law provision in order to keep playing the electronic slot machine games.  The "pop-up" window also purports to opt putative class members out of the putative class in this case, and provides contact information for my firm.  True and correct copies of the pop-up window are attached here as **Exhibit A**.

13

14
    6.      On April 9, 2021, Plaintiff filed a First Amended Complaint adding Spinx Games Limited and Beijing Bole Technology Company, Ltd. as Defendants in this action (Dkt. 14).

15

16

17
    7.      As seen in Exhibit A, the pop-up window provides a new San Francisco based address for Defendants.  Thus, Plaintiff is attempting service at that San Francisco based address, and will serve copies of these motion papers to that address.

18

19
    8.      Attached hereto as **Exhibit B** is a true and correct copy Defendants' new Terms of Service, dated February 8, 2021.

20

21

22

23
    9.      Attached hereto as **Exhibit C** is a true and correct copy of an August 1, 2018 Letter of Natasha Dow Schüll, Ph.D. to Washington State Gambling Commission regarding the analogous "Big Fish Casino" games.  It is also available at https://www.wsgc.wa.gov/sites/default/files/public/news/big-fish/Dr.%20Schull%20Comments.pdf

24

25
    10.      Attached hereto as **Exhibit D** is a true and correct copy of *Kater v. Churchill Downs Inc.*, 423 F. Supp. 3d 1055 (W.D. Wash. 2019).

26

27

28

---

DECLARATION OF PHILIP L. FRAIETTA
CASE NO. 2:20-cv-01310-RSM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11.     A copy of Plaintiff's Motion for Temporary Restraining Order and Proposed Order were hand delivered to the address listed in Defendants' Terms of Service, as seen in Exhibit A.  A certificate of service is attached hereto as **Exhibit E**.


I declare under penalty of perjury under the laws of the United States, the State of New York and the State of Washington that the foregoing is true and correct.  Executed on April 15, 2021 at New York, New York.

*/s Philip L. Fraietta*

Philip L. Fraietta
