**EXHIBIT A**

Updating assets .

# We updated our Terms of Service and Privacy Policy.



By tapping the button below, you agree to our updated Terms of Service. These terms include a "Dispute Resolution and Arbitration Provision" requiring individual arbitration of any dispute and waiving your right to join any class action lawsuit or other representative proceeding.

You may opt out of this provision by mailing us written notice within 30 days after you first accept these Terms of Service, as explained here. If you have questions about the legal effect of the Terms of Service, you should contact an attorney.

Players in WASHINGTON STATE ONLY, please continue read-

By tapping the button below you agree to the Terms of Service and acknowledge you have read the Privacy Policy.

**I AGREE, LET'S PLAY!**

# We updated our Terms of Service and Privacy Policy.



action lawsuit or other representative proceeding.

You may opt out of this provision by mailing us written notice within 30 days after you first accept these Terms of Service, as explained here. If you have questions about the legal effect of the Terms of Service, you should contact an attorney.

Players in WASHINGTON STATE ONLY, please continue reading: There is a pending lawsuit in federal court in Washington State relating to Grande Games, Ltd. This lawsuit asserts claims under Washington Law, including the Recovery of Money Lost at Gambling Act and the

By tapping the button below you agree to the Terms of Service and acknowledge you have read the Privacy Policy.

**I AGREE, LET'S PLAY!**



# We updated our Terms of Service and Privacy Policy.

Recovery of Money Lost at Gambling Act and the Consumer Protection Act. The lawsuit seeks to recover money allegedly lost while playing Grande Games' games. Grande Games denies the claims and believes they have no merit. The court has not yet decided who is right or whether the lawsuit can proceed as a class action. The plaintiff in the lawsuit is represented by attorneys at the law firm of Bursor & Fisher, P.A., who may be contacted at (646) 837-7150. If you accept the **Terms of Service** and do not opt out of the Dispute Resolution and Arbitration Provision, you cannot participate in this lawsuit, even if a class is certified.

By tapping the button below you agree to the **Terms of Service** and acknowledge you have read the **Privacy Policy**.

**I AGREE, LET'S PLAY!**

# We updated our Terms of Service and Privacy Policy.



Consumer Protection Act. The lawsuit seeks to recover money allegedly lost while playing Grande Games' games. Grande Games denies the claims and believes they have no merit. The court has not yet decided who is right or whether the lawsuit can proceed as a class action. The plaintiff in the lawsuit is represented by attorneys at the law firm of Bursor & Fisher, P.A., who may be contacted at (646) 837-7150. If you accept the Terms of Service and do not opt out of the Dispute Resolution and Arbitration Provision, you cannot participate in this lawsuit, even if a class is certified.

By tapping the button below you agree to the Terms of Service and acknowledge you have read the Privacy Policy.

**I AGREE, LET'S PLAY!**