| *Attorney or Party without Attorney:*<br>PHILIP L. FRAIETTA (#PRO HAC VICE)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>   *Telephone No:* 925-300-4455<br><br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ||| 
| *Plaintiff:* WILLIAM HEATHCOTE individually and on behalf of all others similarly situated<br>*Defendant:* GRANDE GAMES LIMITED |||
| **PROOF OF SERVICE** | *Hearing Date:*    *Time:*    *Dept/Div:* | *Case Number:*<br>2:20-cv-01310-RSM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

3. a. Party served:      SPINX GAMES LIMITED
   b. Person served:     Dropped in mailslot.

4. Address where the party was served:   2021 FILLMORE STREET #93, SAN FRANCISCO, CA 94115

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Apr 20 2021 (2) at: 12:32 PM

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)            d. *The Fee* for Service was:
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/20/2021
(Date)                                                                                         (Signature)



PROOF OF SERVICE

5588615
(7798962)