UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:20-cv-01310-RSM<br><br>**JOINT STIPULATION RE: DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff William Heathcote ("Plaintiff") and Defendants SpinX Games Limited, Grande Games Limited, and Beijing Bole Technology Co., Ltd. ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, the original Complaint in this action was filed on September 1, 2020;

WHEREAS, Plaintiff filed a First Amended Complaint on April 9, 2021;

WHEREAS, Defendants have agreed to waive service of process in exchange for 90 days to respond to Plaintiff's First Amended Complaint;

WHERAS, there have been no prior extensions to, or requests to extend, the deadline to respond to the First Amended Complaint, and the proposed extension of time will not prejudice any party or alter the date of any other event or any other deadline already fixed by the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, through their undersigned counsel, and subject to the Court's approval, that the deadline for Defendants to file answers or motions to dismiss in response to the First Amended Complaint shall be Monday, August 9, 2021.

Dated: May 14, 2021

Respectfully submitted,

**CARSON NOEL PLLC**
By: _/s/ Wright A. Noel_
Wright A. Noel

Wright A. Noel (State Bar No. 25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837-4717
Facsimile: (425) 837-5396
Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**
By: _/s/ Philip L. Fraietta_
Philip L. Fraietta

Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019

| | |
|---|---|
| | Telephone: (646) 837-7150 |
| | Facsimile: (212) 989-9163 |
| | E-Mail: pfraietta@bursor.com |
| | aleslie@bursor.com |
| | |
| | *Attorneys for Plaintiff* |
| Dated: May 14, 2021 | **BYRNES KELLER CROMWELL LLP** |
| | By /s/ *Bradley S. Keller* |
| | Bradley S. Keller, WSBA #10665 |
| | By /s/ *John A. Tondini* |
| | John A. Tondini, WSBA #19092 |
| | 1000 Second Avenue, 38th Floor |
| | Seattle, WA 98104 |
| | Telephone: (206) 622-2000 |
| | bkeller@byrneskeller.com |
| | jtondini@byrneskeller.com |
| | |
| | Ajay S. Krishnan (*pro hac vice*) |
| | Michelle Ybarra (*pro hac vice*) |
| | Patrick E. Murray (*pro hac vice*) |
| | Connie P. Sung (*pro hac vice*) |
| | Keker, Van Nest & Peters LLP |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | |
| | *Attorneys for Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 17th day of May, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE