|   |   |
|---|---|
|   | The Honorable Ricardo S. Martinez |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>Defendants. | NO. 2:20-cv-01310-RSM<br><br>**STIPULATED MOTION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>July 6, 2021 |

## **STIPULATION**

Plaintiff William Heathcote ("Plaintiff") and Defendants SpinX Games Limited, Grande Games Limited, and Beijing Bole Technology Co., Ltd. ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, the original Complaint in this action was filed on September 1, 2020 (Dkt. #1);

WHEREAS, Plaintiff filed a First Amended Complaint on April 9, 2021 (Dkt. #14);

WHEREAS, Defendants agreed to waive service of process in exchange for 90 days to respond to Plaintiff's First Amended Complaint (Dkt. #35);

WHEREAS, on May 17, 2021, the Court granted the Parties' request to extend Defendants' deadline to respond to Plaintiff's First Amended Complaint from April 9, 2021 until

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
AND ORDER (NO. 2:20-CV-01310-RSM) - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000

August 9, 2021 (Dkt. # 39).  Other than this extension, there have been no prior extensions to, or requests to extend, the deadline to respond to the First Amended Complaint.

WHEREAS, Plaintiff has assented to an additional 60-day extension of Defendants' deadline to respond to Plaintiff's First Amended Complaint, and the Parties agree that such an extension would not prejudice either party and would not alter the date of any other event or any other deadline already fixed by the Court.  The Parties inform the Court that the Parties' counsel have been actively and regularly communicating regarding the claims in the case and what alternatives may best serve the interests of the Parties, the putative class and the Court, including discussing information exchanges, early informal discovery and other steps.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, through their undersigned counsel, and subject to the Court's approval, that the deadline for Defendants to file answers or motions to dismiss in response to the First Amended Complaint shall be Friday, October 8, 2021.

DATED this 8th day of July, 2021.

| CARSON NOEL PLLC | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Wright A. Noel<br>　　Wright A. Noel, WSBA #25264<br>　　20 Sixth Avenue NE<br>　　Issaquah, WA 98027<br>　　Telephone:  (425) 837-4717<br>　　wright@carsonnoel.com | By /s/ John A. Tondini<br>　　John A. Tondini, WSBA #19092<br>　　1000 Second Avenue, 38th Floor<br>　　Seattle, WA 98104<br>　　Telephone:  (206) 622-2000<br>　　bkeller@byrneskeller.com<br>　　jtondini@byrneskeller.com |
| Philip L. Fraietta (*pro hac vice*)<br>Alec M. Leslie (*pro hac vice*)<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>pfraietta@bursor.com<br>aleslie@bursor.com | Ajay S. Krishnan (*pro hac vice*)<br>Michelle Ybarra (*pro hac vice*)<br>Connie P. Sung (*pro hac vice*)<br>Patrick E. Murray (*pro hac vice*)<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809 |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
AND ORDER (NO. 2:20-CV-01310-RSM) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 8th day of July, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BYRNES KELLER CROMWELL LLP

By /s/ John A. Tondini
   John A. Tondini, WSBA #19092
   1000 Second Avenue, 38th Floor
   Seattle, WA 98104
   Telephone: (206) 622-2000
   bkeller@byrneskeller.com
   jtondini@byrneskeller.com

Ajay S. Krishnan (*pro hac vice*)
Michelle Ybarra (*pro hac vice*)
Connie P. Sung (*pro hac vice*)
Patrick E. Murray (*pro hac vice*)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
***Attorneys for Defendants***

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
AND ORDER (NO. 2:20-CV-01310-RSM) - 3

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# **CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on the 8th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jtondini@byrneskeller.com

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
AND ORDER (NO. 2:20-CV-01310-RSM) - 4

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000