The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated,<br><br>                             Plaintiff,<br><br>    v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>                         Defendants. | NO. 2:20-cv-01310-RSM<br><br>**STIPULATED MOTION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 3, 2021** |

## STIPULATION

Plaintiff William Heathcote ("Plaintiff") and Defendants SpinX Games Limited, Grande Games Limited, and Beijing Bole Technology Co., Ltd. ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, the original Complaint in this action was filed on September 1, 2020 (Dkt. #1);

WHEREAS, Plaintiff filed a First Amended Complaint on April 9, 2021 (Dkt. #14);

WHEREAS, Defendants agreed to waive service of process in exchange for 90 days to respond to Plaintiff's First Amended Complaint (Dkt. #35);

WHEREAS, on May 17, 2021, the Court granted the Parties' request to extend Defendants' deadline to respond to Plaintiff's First Amended Complaint from April 9, 2021 until August 9, 2021 (Dkt. # 39). On July 8, 2021 the Court granted the Parties' request to

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO THE FIRST AMENDED
COMPLAINT AND ORDER (NO. 2:20-CV-01310-RSM) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

extend Defendants' deadline to respond to Plaintiff's First Amended Complaint from August 9, 2021 until October 8, 2021 to allow the parties to discuss information exchanges and early informal discovery. Other than these extensions, there have been no prior extensions to, or requests to extend, the deadline to respond to the First Amended Complaint;

WHEREAS, the Parties have agreed to mediate the present dispute, and mediation will take place over two days, on October 20 and October 26, 2021;

WHEREAS, Plaintiff has assented to an additional 60-day extension of Defendants' deadline to respond to Plaintiff's First Amended Complaint, and the Parties agree that such an extension will allow the Parties to focus their efforts on the upcoming mediation without prejudicing either side and without altering the date of any other event or any other deadline already fixed by the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, through their undersigned counsel, and subject to the Court's approval, that the deadline for Defendants to file answers or motions to dismiss in response to the First Amended Complaint shall be December 7, 2021.

DATED this 3rd day of September, 2021.

CARSON NOEL PLLC                    BYRNES KELLER CROMWELL LLP

By /s/ Wright A. Noel               By /s/ John A. Tondini
   Wright A. Noel, WSBA #25264         John A. Tondini, WSBA #19092
   20 Sixth Avenue NE                  1000 Second Avenue, 38th Floor
   Issaquah, WA  98027                 Seattle, WA  98104
   Telephone:  (425) 837-4717          Telephone:  (206) 622-2000
   wright@carsonnoel.com               bkeller@byrneskeller.com
 *Attorneys for Plaintiff*             jtondini@byrneskeller.com
                                     *Attorneys for Defendants*

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

| | |
|---|---|
| 1 | Philip L. Fraietta *(pro hac vice)* |
| | Alec M. Leslie *(pro hac vice)* |
| 2 | Bursor & Fisher, P.A. |
| | 888 Seventh Avenue |
| 3 | New York, NY  10019 |
| | Telephone:  (646) 837-7150 |
| 4 | pfraietta@bursor.com |
| | aleslie@bursor.com |
| 5 | **Attorneys for Plaintiff** |

Philip L. Fraietta *(pro hac vice)*
Alec M. Leslie *(pro hac vice)*
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY  10019
Telephone:  (646) 837-7150
pfraietta@bursor.com
aleslie@bursor.com
**Attorneys for Plaintiff**

Ajay S. Krishnan *(pro hac vice)*
Michelle Ybarra *(pro hac vice)*
Patrick E. Murray *(pro hac vice)*
Connie P. Sung *(pro hac vice)*
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
akrishnan@keker.com
mybarra@keker.com
pmurray@keker.com
csung@keker.com
**Attorneys for Defendants**

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 8th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BYRNES KELLER CROMWELL LLP

By:      /s/  John A. Tondini
         John A. Tondini, WSBA #19092
         1000 Second Avenue, 38th Floor
         Seattle, WA 98104
         Telephone: (206) 622-2000
         bkeller@byrneskeller.com
         jtondini@byrneskeller.com

Ajay S. Krishnan *(pro hac vice)*
Michelle Ybarra *(pro hac vice)*
Patrick E. Murray *(pro hac vice)*
Connie Sung *(pro hac vice)*

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO THE FIRST AMENDED
COMPLAINT AND ORDER (NO. 2:20-CV-01310-RSM) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

1
633 Battery Street
San Francisco, CA 94111-1809
2
Telephone:     (415) 391-5400
akrishnan@keker.com
3
mybarra@keker.com
pmurray@keker.com
4
csung@keker.com
***Attorneys for Defendants***
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO THE FIRST AMENDED
COMPLAINT AND ORDER (NO. 2:20-CV-01310-RSM) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

1
2

# CERTIFICATE OF SERVICE

3
4

The undersigned attorney certifies that on the 8th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

5
6
7
8
9
10

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jtondini@byrneskeller.com

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO THE FIRST AMENDED
COMPLAINT AND ORDER (NO. 2:20-CV-01310-RSM) - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000