UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:20-cv-01310-RSM<br><br>**JOINT STATUS UPDATE AND ORDER** |

Plaintiff William Heathcote ("Plaintiff") and Defendants SpinX Games Limited, Grande Games Limited, and Beijing Bole Technology Co., Ltd. ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, the original Complaint in this action was filed on September 1, 2020;

WHEREAS, Plaintiff filed a First Amended Complaint on April 9, 2021;

WHEREAS, Defendant's Answer to Plaintiff's First Amended Complaint is currently due on December 7, 2021;

WHEREAS, on September 3, 2021, the Parties informed the Court that this case was to be mediated on October 20 and October 26, 2021;

WHEREAS, the Parties have completed mediation and, as of November 8, 2021, the Parties have executed a binding Term Sheet encompassing all material terms of a Class Action Settlement;

WHEREAS, over the next 60 days, the Parties will continue to work towards drafting and executing a long-form Settlement Agreement;

WHEREAS, Plaintiff intends on moving for preliminary approval of the Class Action Settlement on January 27, 2022;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, through their undersigned counsel, and subject to the Court's approval, that (1) all remaining case deadlines shall be vacated so that the Parties may continue to focus their efforts on settlement, and that (2) by January 27, 2022, Plaintiff shall move for preliminary approval or provide the Court with a further Joint Status Update.

Dated:  December 3, 2021                    Respectfully submitted,

**CARSON NOEL PLLC**
By:         /s/ Wright A. Noel
              Wright A. Noel

Wright A. Noel (State Bar No. 25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837-4717
Facsimile: (425) 837-5396
Email: wright@carsonnoel.com

|   |   |   |
|---|---|---|
| 1 |  | **BURSOR & FISHER, P.A.** |
| 2 |  | By:        /s/   *Philip L. Fraietta* |
|   |  | Philip L. Fraietta (*pro hac vice*) |
| 3 |  | Alec M. Leslie (*pro hac vice*) |
|   |  | 888 Seventh Avenue |
| 4 |  | New York, NY 10019 |
|   |  | Telephone: (646) 837-7150 |
| 5 |  | Facsimile: (212) 989-9163 |
| 6 |  | E-Mail:  pfraietta@bursor.com |
|   |  |             aleslie@bursor.com |
| 7 |  |  |
|   |  | ***Attorneys for Plaintiff*** |
| 8 |  |  |
| 9 | Dated:  December 3, 2021 | **BYRNES KELLER CROMWELL LLP** |
|   |  | By /s/ *Patrick E. Murray* |
| 10 |  | John A. Tondini, WSBA #19092 |
|   |  | 1000 Second Avenue, 38th Floor |
| 11 |  | Seattle, WA 98104 |
|   |  | Telephone: (206) 622-2000 |
| 12 |  | jtondini@byrneskeller.com |
| 13 |  |  |
|   |  | Ajay S. Krishnan (*pro hac vice*) |
| 14 |  | Michelle Ybarra (*pro hac vice*) |
|   |  | Patrick E. Murray (*pro hac vice*) |
| 15 |  | Connie P. Sung (*pro hac vice*) |
|   |  | Keker, Van Nest & Peters LLP |
| 16 |  | 633 Battery Street |
|   |  | San Francisco, CA 94111-1809 |
| 17 |  |  |
|   |  | ***Attorneys for Defendants*** |
| 18 |  |  |
| 19 |  |  |
| 20 |  |  |
| 21 |  |  |
| 22 |  |  |
| 23 |  |  |
| 24 |  |  |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 8th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**CARSON NOEL PLLC**
By:         */s/ Wright A. Noel*
Wright A. Noel (State Bar No. 25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837-4717
Facsimile: (425) 837-5396
Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**
By:         */s/  Philip L. Fraietta*
Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
  aleslie@bursor.com

***Attorneys for Plaintiff***