1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-01310-RSM |
|---|---|
| Plaintiff, | **JOINT STATUS UPDATE AND STIPULATED REQUEST TO EXTEND DEADLINE FOR PRELIMINARY APPROVAL AND FILE OVER LENGTH MEMORANDUM OF LAW** |
| v. | |
| SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD., | |
| Defendants. | |

1    Plaintiff William Heathcote ("Plaintiff") and Defendants SpinX Games Limited, Grande

2    Games Limited, and Beijing Bole Technology Co., Ltd. ("Defendants") (collectively, the

3    "Parties"), by and through undersigned counsel, hereby stipulate as follows:

4    WHEREAS, the original Complaint in this action was filed on September 1, 2020;

5    WHEREAS, Plaintiff filed a First Amended Complaint on April 9, 2021;

6    WHEREAS, on September 3, 2021, the Parties informed the Court that this case was to be

7    mediated on October 20 and October 26, 2021;

8    WHEREAS, on December 3, 2021, the Parties informed the Court that, as a result of the

9    mediation, they have executed a binding Term Sheet encompassing all material terms of a Class

10   Action Settlement, and the Parties also asked for 60 days to work towards executing a long-form

11   settlement agreement and preparing briefing in support of preliminary approval;

12   WHEREAS, the Court granted the Parties' request for 60 days to finalize the settlement

13   papers and set a deadline of January 27, 2022 for Plaintiff to either move for preliminary approval

14   or provide the Court with a further Joint Status Update;

15   WHEREAS, the Parties have been diligently working towards finalizing the long-form

16   settlement agreement, having exchanged multiple drafts and participated in multiple telephonic

17   meet and confer calls;

18   WHEREAS, the Parties agree they would benefit from an additional two (2) weeks to

19   finalize and execute the long-form settlement agreement and for Plaintiff to finalize his

20   forthcoming motion for preliminary approval and supporting documents;

21   WHEREAS, in connection with his forthcoming motion for preliminary approval, Plaintiff

22   anticipates exceeding Local Rule 7(e)'s 24-page limitation by three (3) pages, and therefore

23   respectfully requests up to an additional three (3) pages (i.e., up to a maximum of 27 pages) for his

24   memorandum of law in support of preliminary approval;

25   WHEREAS, Defendants do not oppose Plaintiff's request for an additional three (3) pages;

26   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between

27   the Parties to this action, through their undersigned counsel, and subject to the Court's approval,

28   that (1) Plaintiff's deadline to file preliminary approval shall be extended from January 27, 2022 to

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

February 10, 2022, (2) Plaintiff shall be permitted to file a memorandum of law of up to 27 pages

in support of preliminary approval, and (3) all case deadlines shall remain stayed pending

Plaintiff's forthcoming motion for preliminary approval.


Dated:  January 25, 2022                          Respectfully submitted,

                                                  **CARSON NOEL PLLC**
                                                  By:_____*/s/ Wright A. Noel*_
                                                          Wright A. Noel

                                                  Wright A. Noel (State Bar No. 25264)
                                                  20 Sixth Avenue NE
                                                  Issaquah, WA 98027
                                                  Telephone: (425) 837-4717
                                                  Facsimile: (425) 837-5396
                                                  Email: wright@carsonnoel.com

                                                  **BURSOR & FISHER, P.A.**
                                                  By:_____*/s/   Philip L. Fraietta*
                                                          Philip L. Fraietta

                                                  Philip L. Fraietta (*pro hac vice*)
                                                  Alec M. Leslie (*pro hac vice*)
                                                  888 Seventh Avenue
                                                  New York, NY 10019
                                                  Telephone: (646) 837-7150
                                                  Facsimile: (212) 989-9163
                                                  E-Mail:  pfraietta@bursor.com
                                                          aleslie@bursor.com

                                                  *Attorneys for Plaintiff*

Dated:  January 25, 2022                          **BYRNES KELLER CROMWELL LLP**
                                                  By /s/   John A. Tondini
                                                  John A. Tondini, WSBA #19092
                                                  1000 Second Avenue, 38th Floor
                                                  Seattle, WA 98104
                                                  Telephone: (206) 622-2000
                                                  bkeller@byrneskeller.com
                                                  jtondini@byrneskeller.com

                                                  Ajay S. Krishnan (*pro hac vice*)
                                                  Michelle Ybarra (*pro hac vice*)
                                                  Patrick E. Murray (*pro hac vice*)

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Connie P. Sung (*pro hac vice*)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

*Attorneys for Defendants*