1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>          Defendants. | Case No. 2:20-cv-01310-RSM<br><br>**JOINT STIPULATION AND ORDER TO SUBSTITUTE NAMED PLAINTIFF** |

1

**STIPULATION**

2        Plaintiff William Heathcote ("Plaintiff"), by and through his mother, Ms. Alma Sue Croft

3    ("Ms. Croft"), and Defendants SpinX Games Limited, Grande Games Limited, and Beijing Bole

4    Technology Co., Ltd. ("Defendants") (collectively, the "Parties"), by and through undersigned

5    counsel and pursuant to Fed. R. Civ. P. 25(a)(1), hereby stipulate as follows:

6        WHEREAS, Plaintiff filed a First Amended Complaint on April 9, 2021;

7        WHEREAS, the Parties mediated this case before Hon. Layn R. Phillips (Ret.) of Phillips

8    ADR Enterprises on October 20, 2021, and, as a result of the mediation, executed a binding Term

9    Sheet encompassing all material terms of a Class Action Settlement;

10       WHEREAS, since October 20, 2021, the Parties have been engaged in substantial

11   negotiations in furtherance of finalizing and executing a long form Class Action Settlement, and all

12   necessary exhibits thereto;

13       WHEREAS, on January 5, 2022, as the parties were on the cusp of finalizing the long form

14   settlement agreement, Plaintiff William Heathcote passed away, leaving his mother, Ms. Croft, as

15   his sole surviving heir;

16       WHEREAS, Ms. Croft has been in regular contact with Plaintiff's counsel, and wishes to

17   proceed with her late son's claim as the class representative in this matter while assuming all roles

18   and responsibilities of her late son's duties as class representative;

19       WHEREAS, the Plaintiff contends that Ms. Croft is the proper party for substitution under

20   Fed. R. Civ. P. 25(a)(1), as detailed in Plaintiff's Stipulated Motion to Substitute Alma Sue Croft

21   for her Late Son and Deceased Class Representative William Heathcote (ECF No. 47);

22       WHEREAS, Defendants do not oppose and stipulate to the substitution;

23       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between

24   the Parties to this action, through their undersigned counsel, and subject to the Court's approval,

25   that Ms. Alma Sue Croft shall be substituted for her deceased son, William Heathcote, as named

26   Plaintiff in this action.

27

28

---

JOINT STIPULATION TO SUBSITUTE NAMED PLAINTIFF; CASE NO. 2:20-CV-01310-RSM

1

1

2    Dated:  February 16, 2022                  Respectfully submitted,

3                                               **CARSON NOEL PLLC**
                                                By:_____/s/ Wright A. Noel___
4                                                       Wright A. Noel

5                                               Wright A. Noel (State Bar No. 25264)
                                                20 Sixth Avenue NE
6                                               Issaquah, WA 98027
                                                Telephone: (425) 837-4717
7                                               Facsimile: (425) 837-5396
                                                Email: wright@carsonnoel.com
8

9                                               **BURSOR & FISHER, P.A.**
                                                By:_____/s/   Philip L. Fraietta___
10                                                      Philip L. Fraietta

11                                              Philip L. Fraietta (*pro hac vice*)
                                                Alec M. Leslie (*pro hac vice*)
12                                              888 Seventh Avenue
                                                New York, NY 10019
13                                              Telephone: (646) 837-7150
                                                Facsimile: (212) 989-9163
14                                              E-Mail:  pfraietta@bursor.com
                                                         aleslie@bursor.com
15

16                                              *Attorneys for Plaintiff*

17   Dated:  February 16, 2022                  **BYRNES KELLER CROMWELL LLP**
                                                By /s/  John A. Tondini
18                                              John A. Tondini, WSBA #19092
                                                1000 Second Avenue, 38th Floor
19                                              Seattle, WA 98104
                                                Telephone: (206) 622-2000
20                                              jtondini@byrneskeller.com
21

22                                              Ajay S. Krishnan (*pro hac vice*)
                                                Michelle Ybarra (*pro hac vice*)
23                                              Patrick E. Murray (*pro hac vice*)
                                                Connie P. Sung (*pro hac vice*)
24                                              Keker, Van Nest & Peters LLP
                                                633 Battery Street
25                                              San Francisco, CA 94111-1809
26
                                                *Attorneys for Defendants*
27

28

---

JOINT STIPULATION TO SUBSITUTE NAMED PLAINTIFF; CASE NO. 2:20-CV-01310-RSM

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 22nd day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---