**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ALMA SUE CROFT, individually and on behalf of all others similarly situated,<br><br>                *Plaintiff*,<br><br>     v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>                *Defendants*. | No. 2:20-cv-01310-RSM<br><br>**ORDER RE AGREED RIDER TO PROTECTIVE ORDER REGARDING THE USE AND DISCLOSURE OF DISCOVERY PRODUCED BY NONPARTY APPLE INC.** |

Order
Case No. 2:20-cv-01310-RSM

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court finds good cause for the Agreed Rider To Protective Order Regarding The Use And Disclosure Of Discovery Produced By Nonparty Apple Inc. The limited scope protection for use of Protected Material would not impact the public's right to observe judicial proceedings because the information relates to claims processing and is limited to unique customer identifying information such as customer name, account, contact information, personal data regarding mobile device activity, and/or customer payment information or such similar private customer-related data.

DATED this 7th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order
Case No. 2:20-CV-01310-RSM

**EXHIBIT A**

I, _____, acknowledge and declare that I have received a copy of the Agreed Rider To Protective Order Regarding The Use And Disclosure Of Discovery Produced By Nonparty Apple Inc. ("Rider") in *Croft v. Spinx Games Limited,* No. No. 2:20-CV-01310-RSM, United States District Court, District of Washington, Western District.  Having read and understood the terms of the Rider, I agree to be bound by the terms of the Rider and consent to the jurisdiction of said Court for the purpose of any proceeding to enforce the terms of the Rider.

Name of individual: _____

Present occupation/job description: _____

_____

_____

Name of Company or Firm: _____

Address: _____

Dated: _____

_____
[Signature]

Order
Case No. 2:20-CV-01310-RSM