UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALMA SUE CROFT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-01310-RSM<br><br>**ORDER CONTINUING SETTLEMENT DEADLINES BY 60 DAYS** |

## **ORDER**

The Parties' stipulated motion is GRANTED.  Accordingly, the Court sets the following amended deadlines and dates:

- **Notice Date: July 29, 2022**

- **Reminder Notice: December 3, 2022 (30 days prior to Claims Deadline)**

- **Deadline to File Motions for Final Approval: October 31, 2022**

- **Deadline for File Motions for Attorneys' Fees and Costs: October 3, 2022**

- **Claims Deadline: January 2, 2023 (56 days after Final Approval Hearing)**

- **Objection/Exclusion Deadline: October 17, 2022**

- **Final Approval Hearing: Monday, November 10, 2022 at 9:00 a.m.**

DATED this 7th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE