**EXHIBIT B**

**Cash Frenzy - Slots Casino Lodestar through 10/17/2022**

| ATTY | HOURS | RATE | TOTAL |
|---|---|---|---|
| PLF | 111.1 | $700.00 | $77,770.00 |
| AML | 262.1 | $650.00 | $170,365.00 |
| RLM | 2.8 | $500.00 | $1,400.00 |
| MAG | 10 | $350.00 | $3,500.00 |
| JCD | 3.1 | $350.00 | $1,085.00 |
| RSR | 1.9 | $300.00 | $570.00 |
| EMW | 1.1 | $300.00 | $330.00 |
| JGM | 0.2 | $300.00 | $60.00 |
| MCS | 7.9 | $300.00 | $2,370.00 |
| SER | 10.5 | $275.00 | $2,887.50 |
| JMF | 3.2 | $275.00 | $880.00 |
| TEC | 2.6 | $275.00 | $715.00 |
| AEL | 1.1 | $275.00 | $302.50 |
|  | 417.6 |  | $262,235.00 |
|  |  | Expenses: | $22,295.01 |
|  |  | **Total:** | **$284,530.01** |

Bursor Fisher, P.A. - Cash Frenzy Billing Diaries

| DATE | MATTER | ATTY | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 2020.05.09 | Cash Frenzy - Slots Casino | AML | Research re motion for alternative service (2.4), began drafting same (2) | 4.4 | $650.00 | $2,860.00 |
| 2020.08.20 | Cash Frenzy - Slots Casino | SER | Update lead intake (.1) and spoke w/ class members re investigation (1.2) | 1.3 | $275.00 | $357.50 |
| 2020.08.21 | Cash Frenzy - Slots Casino | SER | Update lead intake (.2) and spoke w/ class members re investigation (1.3) | 1.5 | $275.00 | $412.50 |
| 2020.08.24 | Cash Frenzy - Slots Casino | SER | Update lead intake (.3) and spoke w/ class members re investigation (1.6) | 1.9 | $275.00 | $522.50 |
| 2020.08.25 | Cash Frenzy - Slots Casino | AML | PSI (4.3); research re complaint (1.9) | 6.2 | $650.00 | $4,030.00 |
| 2020.08.25 | Cash Frenzy - Slots Casino | PLF | Arrange local counsel (0.4) | 0.4 | $700.00 | $280.00 |
| 2020.08.25 | Cash Frenzy - Slots Casino | SER | Update lead intake (.3), contact interested leads re Cash Frenzy campaign (.8), and open/share new matter (.2) | 1.3 | $275.00 | $357.50 |
| 2020.08.26 | Cash Frenzy - Slots Casino | AML | Edits to complaint (2.3); research re Defendant (0.8) | 3.1 | $650.00 | $2,015.00 |
| 2020.08.26 | Cash Frenzy - Slots Casino | PLF | Draft complaint (6.5) | 6.5 | $700.00 | $4,550.00 |
| 2020.08.27 | Cash Frenzy - Slots Casino | AEL | edited compliant (.9) | 0.9 | $275.00 | $247.50 |
| 2020.09.01 | Cash Frenzy - Slots Casino | PLF | Finalize complaint with local counsel for filing (1.5) | 1.5 | $700.00 | $1,050.00 |
| 2020.09.02 | Cash Frenzy - Slots Casino | AML | Research re Hague service | 2.2 | $650.00 | $1,430.00 |
| 2020.09.02 | Cash Frenzy - Slots Casino | MCS | Reached out to FirstLegal re Hague Service | 0.5 | $300.00 | $150.00 |
| 2021.03.29 | Cash Frenzy - Slots Casino | MCS | Sent complaint and initiating docs for service to newly identified entity | 0.2 | $300.00 | $60.00 |
| 2021.04.07 | Cash Frenzy - Slots Casino | AEL | Spoke w/ class member, sent follow up email to PLF and AML (.2) | 0.2 | $275.00 | $55.00 |
| 2021.04.07 | Cash Frenzy - Slots Casino | AML | Research re ex parte communications with class members (3.2); drafted letter to defendant re same (1.9) | 5.1 | $650.00 | $3,315.00 |
| 2021.04.07 | Cash Frenzy - Slots Casino | MCS | Talked with FirstLegal re service on associated entity. | 0.6 | $300.00 | $180.00 |
| 2021.04.08 | Cash Frenzy - Slots Casino | AML | Research re TRO and popup issue (4.2); research re FAC (1.9) | 6.1 | $650.00 | $3,965.00 |
| 2021.04.08 | Cash Frenzy - Slots Casino | MAG | TRO motion research/drafting (4.9), discussion with PLF re same (0.9) | 5.8 | $350.00 | $2,030.00 |
| 2021.04.08 | Cash Frenzy - Slots Casino | PLF | Call with Edelson firm re pop up notices (0.2); Call with putative class member re same (0.1); Attention to potenetial TRO and pop-up issue (3.6) | 3.9 | $700.00 | $2,730.00 |
| 2021.04.08 | Cash Frenzy - Slots Casino | SER | Spoke w/ class member re case status and pop-up window | 0.4 | $275.00 | $110.00 |
| 2021.04.09 | Cash Frenzy - Slots Casino | AML | Drafted FAC (3.1); edits to TRO (2.8); edits to proposed order (0.6) | 4.8 | $650.00 | $3,120.00 |
| 2021.04.09 | Cash Frenzy - Slots Casino | EMW | Prepared PHVs for AML and PLF (.5) Tables for Motion for TRO (.6) | 1.1 | $300.00 | $330.00 |
| 2021.04.09 | Cash Frenzy - Slots Casino | JGM | Research PHV procedure in ED WA | 0.2 | $300.00 | $60.00 |
| 2021.04.09 | Cash Frenzy - Slots Casino | MAG | TRO motion research (3.9), discussions with team (0.1) | 4.0 | $350.00 | $1,400.00 |
| 2021.04.09 | Cash Frenzy - Slots Casino | PLF | Attention to revising and finalizing TRO (6.0) | 6.0 | $700.00 | $4,200.00 |
| 2021.04.09 | Cash Frenzy - Slots Casino | SER | Returned calls from interested class members | 2.7 | $275.00 | $742.50 |
| 2021.04.12 | Cash Frenzy - Slots Casino | AML | Edits to TRO brief (1.7); prepared exhibits to TRO papers (0.7) | 2.4 | $650.00 | $1,560.00 |
| 2021.04.12 | Cash Frenzy - Slots Casino | MCS | Continued talks with FirstLegal re service of docs on associated entity. | 1.0 | $300.00 | $300.00 |
| 2021.04.12 | Cash Frenzy - Slots Casino | SER | Returned call from interested class member | 0.2 | $275.00 | $55.00 |
| 2021.04.13 | Cash Frenzy - Slots Casino | MCS | Continued talks with FirstLegal re service of docs on associated entity. | 0.5 | $300.00 | $150.00 |
| 2021.04.13 | Cash Frenzy - Slots Casino | SER | Returned calls from interested class members | 1.1 | $275.00 | $302.50 |
| 2021.04.14 | Cash Frenzy - Slots Casino | AML | Discussed Hague issue w/ MCS | 0.6 | $650.00 | $390.00 |
| 2021.04.14 | Cash Frenzy - Slots Casino | MCS | Continued talks with FirstLegal re service of docs on associated entity (1); spoke w/ AML re same (0.6) | 1.0 | $300.00 | $300.00 |
| 2021.04.14 | Cash Frenzy - Slots Casino | SER | Returned call from interested class member | 0.1 | $275.00 | $27.50 |
| 2021.04.15 | Cash Frenzy - Slots Casino | MCS | Received proof of delivery and sent to PLF and AML | 0.4 | $300.00 | $120.00 |
| 2021.04.16 | Cash Frenzy - Slots Casino | MCS | Served new docs on associated entity via FirstLegal, received proof of delivery and sent to AML. | 1.1 | $300.00 | $330.00 |
| 2021.04.20 | Cash Frenzy - Slots Casino | MCS | Served new docs on associated entity via FirstLegal, received proof of delivery and sent to AML. | 1.0 | $300.00 | $300.00 |
| 2021.04.21 | Cash Frenzy - Slots Casino | AML | Drafted declaration re service | 0.9 | $650.00 | $585.00 |
| 2021.04.21 | Cash Frenzy - Slots Casino | JMF | Fedex'ed letter to Plaintiff. | 0.3 | $275.00 | $82.50 |
| 2021.04.26 | Cash Frenzy - Slots Casino | AML | Reviewed opposition to TRO (3.2); reviewed declaration in support (2.1) | 5.3 | $650.00 | $3,445.00 |
| 2021.04.27 | Cash Frenzy - Slots Casino | AML | Research re TRO opposition | 2.1 | $650.00 | $1,365.00 |
| 2021.04.29 | Cash Frenzy - Slots Casino | AML | Reviewed order re TRO (0.6); spoke w. PLF re next steps (0.4) | 1.0 | $650.00 | $650.00 |
| 2021.04.29 | Cash Frenzy - Slots Casino | PLF | Analyze order denying TRO and discuss same with AML (1.0); Call with defense counsel (0.5) | 1.5 | $700.00 | $1,050.00 |

| Date | Matter | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2021.05.03 | Cash Frenzy - Slots Casino | MCS | Reached out to FirstLegal re Hague Service, discussions with Alec re same | 0.7 | $300.00 | $210.00 |
| 2021.05.04 | Cash Frenzy - Slots Casino | MCS | Talked w/ FirstLegal re Hague Service | 0.9 | $300.00 | $270.00 |
| 2021.05.10 | Cash Frenzy - Slots Casino | AML | Finalized mtn for alternative service and PLF declaration (2.1) | 2.1 | $650.00 | $1,365.00 |
| 2021.05.10 | Cash Frenzy - Slots Casino | RSR | Prepared tables for Motion for Alternative Service (0.3) | 0.3 | $300.00 | $90.00 |
| 2021.05.13 | Cash Frenzy - Slots Casino | AML | Drafted stip re answer date | 1.1 | $650.00 | $715.00 |
| 2021.06.01 | Cash Frenzy - Slots Casino | AML | Spoke w/ PLF re settlement | 0.5 | $650.00 | $325.00 |
| 2021.06.01 | Cash Frenzy - Slots Casino | PLF | Settlement call with defense counsel (0.5); Confer with AML re same (0.5) | 1.0 | $700.00 | $700.00 |
| 2021.06.02 | Cash Frenzy - Slots Casino | AML | Research re settlement (2.4); call w/ defense counsel re settlement (0.8); spoke w/ PLF re same (0.3) | 3.5 | $650.00 | $2,275.00 |
| 2021.06.02 | Cash Frenzy - Slots Casino | PLF | Call with Todd Logan re settlement strategy and discovery needed (0.5); Confer with AML re same (0.3) | 0.8 | $700.00 | $560.00 |
| 2021.06.11 | Cash Frenzy - Slots Casino | PLF | Call with defense counsel re settlement potential (0.8) | 0.8 | $700.00 | $560.00 |
| 2021.06.15 | Cash Frenzy - Slots Casino | PLF | Discuss with team re Edelson proposal on joint prosecution (0.5); Consider same (0.5) | 1.0 | $700.00 | $700.00 |
| 2021.06.16 | Cash Frenzy - Slots Casino | PLF | Call with Edelson firm re potential joint prosecution (0.4) | 0.4 | $700.00 | $280.00 |
| 2021.06.17 | Cash Frenzy - Slots Casino | AML | Settlement research for PLF (1.4); spoke w/ PLF re same (0.5) | 1.9 | $650.00 | $1,235.00 |
| 2021.06.17 | Cash Frenzy - Slots Casino | PLF | Call with defense counsel re settlement prospects (0.5); Confer with AML re next steps and crafting settlement demand (0.5); Research prior WA gambling settlements (2.0) | 3.0 | $700.00 | $2,100.00 |
| 2021.06.18 | Cash Frenzy - Slots Casino | PLF | Attention to settlement proposal (2.0) | 2.0 | $700.00 | $1,400.00 |
| 2021.06.21 | Cash Frenzy - Slots Casino | AML | Research re settlement (4.6); began drafting settlement agreement (2.1) | 6.7 | $650.00 | $4,355.00 |
| 2021.06.21 | Cash Frenzy - Slots Casino | PLF | Call Todd Logan re tabling co-counsel discussions (0.4); Continue working on settlement proposal (1.3) | 1.7 | $700.00 | $1,190.00 |
| 2021.06.21 | Cash Frenzy - Slots Casino | RSR | Formatting/edits to settlement agreement (1) | 1.0 | $300.00 | $300.00 |
| 2021.07.19 | Cash Frenzy - Slots Casino | PLF | Call re mediation logistics (0.4) | 0.4 | $700.00 | $280.00 |
| 2021.08.26 | Cash Frenzy - Slots Casino | MAG | Call with prospective client re opt out notice | 0.2 | $350.00 | $70.00 |
| 2021.09.14 | Cash Frenzy - Slots Casino | AML | Review mobile application data produced by defendant | 2.3 | $650.00 | $1,495.00 |
| 2021.09.14 | Cash Frenzy - Slots Casino | PLF | Analyze mediation production (2.4); Call C. Weir re same (1.3) | 3.7 | $700.00 | $2,590.00 |
| 2021.09.22 | Cash Frenzy - Slots Casino | PLF | Confer with C. Weir re mediation preparation (1.1) | 1.1 | $700.00 | $770.00 |
| 2021.09.27 | Cash Frenzy - Slots Casino | PLF | Analyze class settlements in Big Fish, Playtika, and Huuuge cases, including plans of allocation, in prepartion for upcoming mediation (3.4) | 3.4 | $700.00 | $2,380.00 |
| 2021.10.01 | Cash Frenzy - Slots Casino | AML | Mediation statement research (6.6); mediation statement drafting (2.2); call w/ C. Weir re sales data (0.8) | 9.6 | $650.00 | $6,240.00 |
| 2021.10.03 | Cash Frenzy - Slots Casino | AML | Mediation statement drafting | 4.1 | $650.00 | $2,665.00 |
| 2021.10.04 | Cash Frenzy - Slots Casino | AML | Mediation statement research and drafting (5.6); confer w/ PLF re same (1.5) | 7.1 | $650.00 | $4,615.00 |
| 2021.10.04 | Cash Frenzy - Slots Casino | JCD | Research re status of other Washington recovery statute cases | 3.1 | $350.00 | $1,085.00 |
| 2021.10.04 | Cash Frenzy - Slots Casino | PLF | Confer with AML re mediation strategy (1.5) | 1.5 | $700.00 | $1,050.00 |
| 2021.10.05 | Cash Frenzy - Slots Casino | AML | Edits to mediation statement (2.9); confer w/ PLF re same (0.4) | 3.3 | $650.00 | $2,145.00 |
| 2021.10.05 | Cash Frenzy - Slots Casino | PLF | Confer with AML re mediation statement (0.4); Call with defense counsel re same (0.2); Revise mediation statement (2.0) | 2.6 | $700.00 | $1,820.00 |
| 2021.10.06 | Cash Frenzy - Slots Casino | PLF | Final review of mediation statement | 2.5 | $700.00 | $1,750.00 |
| 2021.10.06 | Cash Frenzy - Slots Casino | TEC | Proofread mediation statement | 2.4 | $275.00 | $660.00 |
| 2021.10.07 | Cash Frenzy - Slots Casino | AML | Final review/edits to term sheet and draft mediation statement | 4.9 | $650.00 | $3,185.00 |
| 2021.10.08 | Cash Frenzy - Slots Casino | AML | Reviewed Ds' mediation statement (3.6); research re same (2.2) | 5.8 | $650.00 | $3,770.00 |
| 2021.10.11 | Cash Frenzy - Slots Casino | AML | Mediation prep | 3.9 | $650.00 | $2,535.00 |
| 2021.10.12 | Cash Frenzy - Slots Casino | AML | Research re similar settlements | 4.1 | $650.00 | $2,665.00 |
| 2021.10.12 | Cash Frenzy - Slots Casino | PLF | Analyze D's mediation statement and prepare for call with mediator (3.5); Call with mediator (0.6) | 4.1 | $700.00 | $2,870.00 |
| 2021.10.13 | Cash Frenzy - Slots Casino | PLF | Call with mediator (0.7); Prep for next week's mediation (3.0) | 3.7 | $700.00 | $2,590.00 |
| 2021.10.14 | Cash Frenzy - Slots Casino | AML | Research re mediation | 4.4 | $650.00 | $2,860.00 |
| 2021.10.15 | Cash Frenzy - Slots Casino | PLF | Prepare for next week's mediation (3.8) | 3.8 | $700.00 | $2,660.00 |
| 2021.10.17 | Cash Frenzy - Slots Casino | AML | Reviewed email from L. Phillips (1.8); research re same (2.6) | 4.4 | $650.00 | $2,860.00 |
| 2021.10.18 | Cash Frenzy - Slots Casino | AML | Reviewed term sheet (2.6); research re mediation questions from L. Phillips (3.9) | 6.5 | $650.00 | $4,225.00 |
| 2021.10.19 | Cash Frenzy - Slots Casino | AML | Mediation prep | 4.7 | $650.00 | $3,055.00 |

| Date | Matter | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2021.10.19 | Cash Frenzy - Slots Casino | PLF | Prep for tomorrow's mediation (2.0) | 2.0 | $700.00 | $1,400.00 |
| 2021.10.20 | Cash Frenzy - Slots Casino | AML | Prepared for (3.3) and attended mediation (6.1) | 9.4 | $650.00 | $6,110.00 |
| 2021.10.20 | Cash Frenzy - Slots Casino | PLF | Mediation (6.1); Confer with team re results of same (0.5) | 6.6 | $700.00 | $4,620.00 |
| 2021.10.22 | Cash Frenzy - Slots Casino | PLF | Consider proposed allocations; redline term sheet and revert to defense counsel (3.5) | 3.5 | $700.00 | $2,450.00 |
| 2021.11.04 | Cash Frenzy - Slots Casino | PLF | Confer with AML re finalizing term sheet and next steps (0.4) | 0.4 | $700.00 | $280.00 |
| 2021.11.10 | Cash Frenzy - Slots Casino | AML | Drafted joint status update to Court | 0.8 | $650.00 | $520.00 |
| 2021.11.16 | Cash Frenzy - Slots Casino | RSR | Preliminary approval prep | 0.1 | $300.00 | $30.00 |
| 2021.11.17 | Cash Frenzy - Slots Casino | PLF | Confer with AML re next steps re settlement approval process (0.4) | 0.4 | $700.00 | $280.00 |
| 2021.11.18 | Cash Frenzy - Slots Casino | AML | Research re settlement agreement | 3.9 | $650.00 | $2,535.00 |
| 2021.11.18 | Cash Frenzy - Slots Casino | PLF | Call with defense counsel re next steps in settlement approval process (0.5) | 0.5 | $700.00 | $350.00 |
| 2021.11.21 | Cash Frenzy - Slots Casino | AML | Research re 3rd party subpoenas | 5.4 | $650.00 | $3,510.00 |
| 2021.11.22 | Cash Frenzy - Slots Casino | AML | Research re 3rd party subpoenas (2.6); began drafting 3rd party subpoenas (2.1) | 4.7 | $650.00 | $3,055.00 |
| 2021.11.30 | Cash Frenzy - Slots Casino | AML | Research re long-form settlement | 3.3 | $650.00 | $2,145.00 |
| 2021.12.01 | Cash Frenzy - Slots Casino | AML | Research re third party subpoenas | 4.1 | $650.00 | $2,665.00 |
| 2021.12.03 | Cash Frenzy - Slots Casino | AML | Preliminary approval research | 3.0 | $650.00 | $1,950.00 |
| 2021.12.09 | Cash Frenzy - Slots Casino | AML | Research re preliminary approval | 3.1 | $650.00 | $2,015.00 |
| 2021.12.10 | Cash Frenzy - Slots Casino | AML | Research re preliminary approval (4.1); began drafting preliminary approval motion (2.2) | 6.3 | $650.00 | $4,095.00 |
| 2021.12.13 | Cash Frenzy - Slots Casino | AML | Research re long form settlement agreement | 4.4 | $650.00 | $2,860.00 |
| 2021.12.14 | Cash Frenzy - Slots Casino | PLF | Draft settlement agreement (5.7) | 5.7 | $700.00 | $3,990.00 |
| 2021.12.15 | Cash Frenzy - Slots Casino | AML | Preliminary approval drafting | 3.4 | $650.00 | $2,210.00 |
| 2021.12.15 | Cash Frenzy - Slots Casino | PLF | Draft settlement agreement (7.3) | 7.3 | $700.00 | $5,110.00 |
| 2021.12.16 | Cash Frenzy - Slots Casino | PLF | Finalize draft settlement agreement (5.2) | 5.2 | $700.00 | $3,640.00 |
| 2021.12.17 | Cash Frenzy - Slots Casino | AML | Review and edits to long form settlement agreement (5.1); researech re same (3.2) | 8.3 | $650.00 | $5,395.00 |
| 2021.12.17 | Cash Frenzy - Slots Casino | PLF | Finalize settlement agreement and send to defense counsel (1.0) | 1.0 | $700.00 | $700.00 |
| 2022.01.12 | Cash Frenzy - Slots Casino | AML | Preliminary approval declaration drafting | 3.9 | $650.00 | $2,535.00 |
| 2022.01.13 | Cash Frenzy - Slots Casino | AML | Preliminary approval brief drafting | 5.1 | $650.00 | $3,315.00 |
| 2022.01.14 | Cash Frenzy - Slots Casino | AML | Preliminary approval research | 6.3 | $650.00 | $4,095.00 |
| 2022.01.17 | Cash Frenzy - Slots Casino | AML | Preliminary approval research and drafting | 3.6 | $650.00 | $2,340.00 |
| 2022.01.19 | Cash Frenzy - Slots Casino | AML | Call w/ defense counsel re settlement redlines | 0.5 | $650.00 | $325.00 |
| 2022.01.19 | Cash Frenzy - Slots Casino | PLF | Prep for (0.9) and attend call with defense counsel re settlement agreement (0.5) | 1.4 | $700.00 | $980.00 |
| 2022.01.20 | Cash Frenzy - Slots Casino | PLF | Redline settlement agreement (1.2); Review and revise draft preliminary approval brief (2.0) | 3.2 | $700.00 | $2,240.00 |
| 2022.01.22 | Cash Frenzy - Slots Casino | AML | Preliminary approval drafting | 4.1 | $650.00 | $2,665.00 |
| 2022.01.24 | Cash Frenzy - Slots Casino | AML | Edits to preliminary approval brief (3.7); drafting Fraietta decl. (1.7) | 5.4 | $650.00 | $3,510.00 |
| 2022.01.27 | Cash Frenzy - Slots Casino | PLF | Calls and research re substiution of plaintiff and WA probate issues (3.0) | 3.0 | $700.00 | $2,100.00 |
| 2022.01.29 | Cash Frenzy - Slots Casino | AML | Research re: Rule 25 substitution | 4.3 | $650.00 | $2,795.00 |
| 2022.01.30 | Cash Frenzy - Slots Casino | AML | Research re personal representative and motion for leave | 3.8 | $650.00 | $2,470.00 |
| 2022.01.31 | Cash Frenzy - Slots Casino | PLF | Call with defense counsel re substitution of plaintiff and status of settlement agreement (0.5) | 0.5 | $700.00 | $350.00 |
| 2022.02.01 | Cash Frenzy - Slots Casino | AML | Drafted motion for substitution (3.6); research re same (1) | 4.6 | $650.00 | $2,990.00 |
| 2022.02.08 | Cash Frenzy - Slots Casino | AML | Preliminary approval proofreading (2.4); drafted propose order (1.4); drafting PLF declaration (2.1) | 5.9 | $650.00 | $3,835.00 |
| 2022.02.08 | Cash Frenzy - Slots Casino | PLF | Call with defense counsel re next steps in settlement (0.5) | 0.5 | $700.00 | $350.00 |
| 2022.02.09 | Cash Frenzy - Slots Casino | AML | Edits to Rule 25 motion (1.2); reviewed D's redlines to settlement (1.3) | 2.5 | $650.00 | $1,625.00 |
| 2022.02.09 | Cash Frenzy - Slots Casino | PLF | Work on preliminary approval motion (1.5) | 1.5 | $700.00 | $1,050.00 |
| 2022.02.14 | Cash Frenzy - Slots Casino | PLF | Execute settlement agreement (0.3); Finalize prelim approval motion (2.5) | 2.8 | $700.00 | $1,960.00 |
| 2022.02.15 | Cash Frenzy - Slots Casino | AML | Finalized motion for prelim approval, PLF declaration, proposed order, and exhibits | 3.8 | $650.00 | $2,470.00 |
| 2022.02.15 | Cash Frenzy - Slots Casino | PLF | Finalize prelim approval motion for filing (1.0) | 1.0 | $700.00 | $700.00 |
| 2022.02.15 | Cash Frenzy - Slots Casino | RSR | Prepared tables for Prelim Approval motion (.5) | 0.5 | $300.00 | $150.00 |
| 2022.02.16 | Cash Frenzy - Slots Casino | AML | Drafted joint stip re substitution | 0.7 | $650.00 | $455.00 |
| 2022.03.01 | Cash Frenzy - Slots Casino | AML | Meeting with settlement administator | 1.5 | $650.00 | $975.00 |
| 2022.03.01 | Cash Frenzy - Slots Casino | PLF | Meeting with Settlement Adminstrator (1.5) | 1.5 | $700.00 | $1,050.00 |

| Date | Matter | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2022.03.18 | Cash Frenzy - Slots Casino | AML | Reviewed order re protective order (0.4); review/research re: updated draft protective order from defense counsel (2.4) | 2.8 | $650.00 | $1,820.00 |
| 2022.03.23 | Cash Frenzy - Slots Casino | AML | Final review of updated protective order | 1.4 | $650.00 | $910.00 |
| 2022.03.24 | Cash Frenzy - Slots Casino | AML | Reviewed preliminary approval order (0.7); contacted JND re next steps (0.6); contacted defense counsel re next steps (0.3) | 1.6 | $650.00 | $1,040.00 |
| 2022.03.24 | Cash Frenzy - Slots Casino | PLF | Confer with AML re amended preliminary approval order (0.5) | 0.5 | $700.00 | $350.00 |
| 2022.04.04 | Cash Frenzy - Slots Casino | AML | Prepared third party subpoenas and riders to subpoenas | 2.3 | $650.00 | $1,495.00 |
| 2022.04.04 | Cash Frenzy - Slots Casino | JMF | Served subpoenas. | 0.6 | $275.00 | $165.00 |
| 2022.04.05 | Cash Frenzy - Slots Casino | JMF | Reserved subpoenas. | 1.3 | $275.00 | $357.50 |
| 2022.04.06 | Cash Frenzy - Slots Casino | JMF | Emailed attys re service of subpoenas. | 0.2 | $275.00 | $55.00 |
| 2022.04.12 | Cash Frenzy - Slots Casino | JMF | Saved proof of service for subpoena. | 0.1 | $275.00 | $27.50 |
| 2022.04.19 | Cash Frenzy - Slots Casino | AML | Emailed Amazon, Apple, Google, and Facebook counsel re subpoena responses | 0.6 | $650.00 | $390.00 |
| 2022.04.19 | Cash Frenzy - Slots Casino | JMF | Saved proof of service of subpoena. | 0.1 | $275.00 | $27.50 |
| 2022.04.19 | Cash Frenzy - Slots Casino | PLF | Coordinate with AML re subpoenas to platforms (0.5) | 0.5 | $700.00 | $350.00 |
| 2022.04.25 | Cash Frenzy - Slots Casino | PLF | Call with Google re collecting class member data (0.3) | 0.3 | $700.00 | $210.00 |
| 2022.04.26 | Cash Frenzy - Slots Casino | AML | Prepared for calls with third party counsel (1.3); call w/ Amazon counsel (0.3); call w/ Google counsel (0.2) | 1.8 | $650.00 | $1,170.00 |
| 2022.04.26 | Cash Frenzy - Slots Casino | PLF | Call with Amazon re subpoena response (0.4); Confer with AML re next steps in subpoena compliance (0.5) | 0.9 | $700.00 | $630.00 |
| 2022.05.011 | Cash Frenzy - Slots Casino | AML | Drafted Apple rider to protective order | 1.8 | $650.00 | $1,170.00 |
| 2022.05.10 | Cash Frenzy - Slots Casino | PLF | Confer with AML re Amazon subpoena and email counsel re same (0.7) | 0.7 | $700.00 | $490.00 |
| 2022.05.12 | Cash Frenzy - Slots Casino | PLF | M&C call with Amazon counsel re subpoena non-compliance (0.4) | 0.4 | $700.00 | $280.00 |
| 2022.05.12 | Cash Frenzy - Slots Casino | RLM | Call with defense counsel re: Amazon subpoenas (.3) and conf. w/ PLF afterward (.2) | 0.5 | $500.00 | $250.00 |
| 2022.05.19 | Cash Frenzy - Slots Casino | RLM | Drafting joint stip for extension of time | 1.1 | $500.00 | $550.00 |
| 2022.05.19 | Cash Frenzy - Slots Casino | RLM | Finalized draft of joint stip for extension of time | 1.2 | $500.00 | $600.00 |
| 2022.05.20 | Cash Frenzy - Slots Casino | AML | Reviewed/edited to mtn to extend schedule | 0.8 | $650.00 | $520.00 |
| 2022.05.21 | Cash Frenzy - Slots Casino | AML | Research re Amazon motion to compel (2.2); reviewed Apple edits to protective order (0.6); reviewed edits to Apple subpoena rider (0.2) | 3.2 | $650.00 | $2,080.00 |
| 2022.06.08 | Cash Frenzy - Slots Casino | JMF | Served supoena. | 0.5 | $275.00 | $137.50 |
| 2022.06.09 | Cash Frenzy - Slots Casino | JMF | Saved proof of service of subpoena. | 0.1 | $275.00 | $27.50 |
| 2022.06.24 | Cash Frenzy - Slots Casino | AML | Edits to Amazon rider to PO (1.8); finalized and filed same (0.3) | 2.1 | $650.00 | $1,365.00 |
| 2022.07.20 | Cash Frenzy - Slots Casino | AML | Drafted stipulation re extension and proposed order | 0.7 | $650.00 | $455.00 |
| 2022.07.25 | Cash Frenzy - Slots Casino | PLF | Attention to third party data collection efforts with AML | 0.7 | $700.00 | $490.00 |
| 2022.07.26 | Cash Frenzy - Slots Casino | AML | Reviewed updated timeline, postcard/email notices, and digital notice ads | 1.8 | $650.00 | $1,170.00 |
| 2022.08.02 | Cash Frenzy - Slots Casino | PLF | Attention to data collection issues with JND (0.3) | 0.3 | $700.00 | $210.00 |
| 2022.08.03 | Cash Frenzy - Slots Casino | PLF | Call with JND re upcoming notice administration (0.5) | 0.5 | $700.00 | $350.00 |
| 2022.08.09 | Cash Frenzy - Slots Casino | TEC | Reached out to settlement admin on behalf of class member | 0.2 | $275.00 | $55.00 |
| 2022.09.19 | Cash Frenzy - Slots Casino | PLF | Attention to settlement approval process (1.0) | 1.0 | $700.00 | $700.00 |