**EXHIBIT C**

| Bursor & Fisher, P.A. - Cash Frenzy Expenses | | | |
|---|---|---|---|
| | | $6,276.26 | Third Party Litigation Support Expenses |
| | | $10,450.00 | Mediation Expenses |
| | | $5,568.75 | Expert Expenses |
| | | **$22,295.01** | **Total Expenses** |
| | | | |
| | | | |
| **Third Party Litigation Support Expenses** | | | |
| | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2020.09.25 | Cash Frenzy | $2,158.96 | First Legal - Translation |
| 2020.11.12 | Cash Frenzy | $1,154.50 | First Legal - Foregin Service (Grande Games) |
| 2021.04.22 | Cash Frenzy | $111.83 | First Legal - Complaint service |
| 2021.05.14 | Cash Frenzy | $222.52 | First Legal - Complaint service |
| 2021.06.07 | Cash Frenzy | $1,269.18 | Transperfect |
| 2022.04.21 | Cash Frenzy | $1,166.07 | First Legal - Subpoena Service |
| 2022.06.21 | Cash Frenzy | $193.20 | First Legal - Subpoena Service |
| | | **$6,276.26** | **Total Third Party Lititgation Support Expenses** |
| | | | |
| **Mediation Expenses** | | | |
| | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2021.08.30 | Cash Frenzy | $20,000.00 | Phillips ADR Enterprises, P.C. |
| 2021.12.14 | Cash Frenzy | -$9,550.00 | Philips ADR Enterprises PC - Mediation Reimbursement |
| | | **$10,450.00** | **Total Mediation Expenses** |
| | | | |
| **Expert Expenses** | | | |
| | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2021.10.06 | Cash Frenzy | $2,868.75 | Economics & Technology, Inc. |
| 2021.11.09 | Cash Frenzy | $2,700.00 | Economics & Technology, Inc. |
| | | **$5,568.75** | **Total Expert Expenses** |