The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM HEATHCOTE, individually and on behalf of all others similarly situated (ALMA SUE CROFT),<br><br>Plaintiff,<br><br>v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>Defendants. | NO. 2:20-cv-01310-RSM<br><br>**DEFENDANTS' NON-OPPOSITION TO CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND ISSUANCE OF INCENTIVE AWARD** |

Defendants SpinX Games Limited, Grande Games Limited, and Beijing Bole Technology Co., Ltd. do not oppose Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Issuance of Incentive Award (Dkt. 71).

DATED this 7th day of November, 2022.

BYRNES KELLER CROMWELL LLP

By /s/ John A. Tondini
John A. Tondini, WSBA #19092
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
jtondini@byrneskeller.com

DEFENDANTS' NON-OPPOSITION TO CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND ISSUANCE OF INCENTIVE AWARD (NO. 2:20-CV-01310-RSM) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Ajay S. Krishnan (*pro hac vice*)
Michelle Ybarra (*pro hac vice*)
Connie P. Sung (*pro hac vice*)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
***Attorneys for Defendants***

DEFENDANTS' NON-OPPOSITION TO CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND ISSUANCE OF INCENTIVE AWARD (NO. 2:20-CV-01310-RSM) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 7th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jtondini@byrneskeller.com

DEFENDANTS' NON-OPPOSITION TO CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND ISSUANCE OF INCENTIVE AWARD (NO. 2:20-CV-01310-RSM) - 3

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000