UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALMA SUE CROFT, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>SPINX GAMES LIMITED, GRANDE GAMES LIMITED, and BEIJING BOLE TECHNOLOGY CO., LTD.,<br><br>                  Defendants. | Case No. 2:20-cv-01310-RSM<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES BY THIRTY DAYS** |

# [PROPOSED] ORDER

The Class Representative's emergency motion is GRANTED. Accordingly, the Court extends all remaining deadlines, including the deadline to initially distribute the Settlement Fund to the Settlement Class, by thirty days. The extended deadlines are as follows:

- **Distribution Date: April 27, 2023**
- **Benefit Void Date: October 24, 2023**

DATED this ___ day of March, 2023.

_____
HONORABLE RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE